UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tyrone Savage**                                                **Docket No. 4:17-CR-63-1D**

### Petition for Action on Supervised Release

COMES NOW Jessica A. Brocz, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyrone Savage, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 24, 2018, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Tyrone Savage was released from custody on May 22, 2020, at which time the term of supervised release commenced.

On June 8, 2020, a Violation Report was submitted advising that the defendant tested positive for marijuana. The defendant was verbally reprimanded, counseled about his actions, referred to outpatient substance abuse treatment, and increased the amount of drug testing. The court agreed to continue supervision.

On July 16, 2020, due to testing positive for marijuana, a Petition for Action was submitted requesting the defendant adhere to a curfew with electronic monitoring for a period not to exceed 90 consecutive days. The court agreed and continued supervision.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During a home visit on September 12, 2020, the defendant tested positive for marijuana via instant urine screen. Savage admitted to using the illegal substance, and he signed an admission of drug use form. The defendant is currently on a curfew with electronic location monitoring. As a sanction for this violation, the probation office is recommending that he adhere to another 30 days curfew with electronic monitoring. Additionally, his outpatient substance abuse treatment will be increased to require weekly participation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Tyrone Savage
Docket No. 4:17-CR-63-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Jessica A. Brocz
Jessica A. Brocz
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2350
Executed On: September 17, 2020

### ORDER OF THE COURT

Considered and ordered this __22__ day of __September__, 2020, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge